**Patti FRAZIER, Individually and on behalf of others similarly situated; Ricky L. Martin, Individually and on behalf of others similarly situated; Dan Bridgeman, Individually and on behalf of others similarly situated, Appellants in No. 06–3200**

v.

**AMERICAN AIRLINES, INC.; TWA Airlines LLC.**

**Barbara V. Levy, Individually and on behalf of others similarly situated, Appellant in No. 06–3201**

v.

**American Airlines, Inc; TWA Airlines LLC.**

**Nos. 06–3200, 06–3201.**

United States Court of Appeals, Third Circuit.

Argued June 14, 2007.

Filed: July 9, 2007.

Stephen H. Gardner (argued), Dallas, TX, for Appellants.

**172**

Steven J. Fineman, Frederick L. Cottrell, III, Richards, Layton & Finger, Wilmington, DE, Salvatore Romanello, Robert S. Berezin (argued), Gregory S. Coleman, Richard Rothman, Weil, Gotshal & Manges, New York, NY, for Appellees.

BEFORE: SMITH and GREENBERG, Circuit Judges, and POLLAK,* District Judge.

## OPINION OF THE COURT

GREENBERG, Circuit Judge.

These matters come on before the court on consolidated appeals from judgments entered on May 25, 2006, in the district court in accordance with the district court's comprehensive memorandum opinion reported as *Frazier v. American Airlines, Inc.*, 434 F.Supp.2d 279 (D.Del.2006). The district court exercised jurisdiction pursuant to 28 U.S.C. § 1332 and we have jurisdiction under 28 U.S.C. § 1291. Inasmuch as the appeals are from summary judgments, we are exercising plenary review on this appeal. *See In re Ikon Office Solutions, Inc.*, 277 F.3d 658, 665 (3d Cir. 2002). Like the district court, we will apply Delaware law, as the parties during oral argument before us did not object to the use of that state's law.

After our review of this matter, we are in full accord with the judgments and opinion of the district court and we will affirm the judgments entered on May 25, 2006, for the reasons set forth in the district court's opinion.